UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

M ANUEL ANTONIO LIBERATO, M L RESTAURANT, CORP., M.L. SAN JOSE ENTERPRISES, CORP., d/b/a LIBERATO RESTAURANT, NELSON GOMEZ, and SARAH VALLEJO,

                             Plaintiffs,

-against

LAUNDRY WORKERS CENTER UNITED, VIRGILIO OSCAR ARAN, ROSANNA RODRIGUEZ ARAN, MAHOMA LOPEZ GARFIAS, OSCAR RAMIREZ, PABLO RUTILIO, and MAGGIE ANDRES CRECENCIO

                             Defendants.
------------------------------------------------------------------------x

No.: 15 CV 00326 (VEC)

## NOTICE OF MOTION TO DISMISS COUNTER-CLAIM PURSUANT TO FRCP 12 (b) (6)

Defendants, Laundry Worker Center United, Virgilio Oscar Aran, Rosanna Rodriguez Aran, Mahoma Lopez Garfias, Oscar Ramirez, Pablo Rutilio, and Maggie Andres Crencendio, by and through counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby move this Court to dismiss the Counter Claim filed by the above named plaintiffs for failure to state a claim upon which relief may be granted. In support of their motion, Defendants refer this Court to their Memorandum in Support, filed simultaneously herewith.

WHEREFORE, for the reasons stated in the accompanying memorandum of law in support of this motion, defendants respectfully request that this Court (1) grant their motion to

dismiss; (2) dismiss the counter-claim with prejudice and (3) award any other relief that this Court deems just and proper.

Dated: New York, New York
       March 17, 2015

                                  Respectfully submitted,

                                  LAW OFFICES OF JEANNE E. MIRER, P.L.L.C.

                                  By: Jeanne E. Mirer
                                  *Attorney for Defendants*
                                  1700 Broadway, 21st floor
                                  New York, NY 10019
                                  (212) 231-2235
                                  Jeanne@jmirerlaw.com